[No. 12824-5-III.    Division Three.    October 13, 1994.]

*In the Matter of the Marriage of* MARY LOU BRISON, *Respondent, and* NELSON EDWARD BRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-3-02410-1, Richard J. Schroeder, J., entered

October 15, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.